IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

HIRAM ANTONIO MALDONADO,

        Appellant,

 v.

STATE OF FLORIDA,

        Appellee.

_____/

Case No.  5D21-2801
LT Case No. 2012-CF-000631-A-O

Opinion filed August 5, 2022

Appeal from the Circuit Court
for Orange County,
Patricia Strowbridge, Judge.

Matthew J. Metz, Public Defender,
and Andrew Mich,
Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and
Whitney Brown Hartless,
Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

Appellant appeals the judgment and sentence imposed by the trial court after Appellant admitted to violating his probation. We affirm the finding of violation but must remand because the trial court did not specify in its written order the conditions of probation Appellant was found to have violated. See Barkley v. State, 288 So. 3d 1272 (Fla. 5th DCA 2020) (affirming revocation; remanding for entry of proper order); Roberts v. State, 76 So. 3d 1047, 1048 (Fla. 5th DCA 2011) ("This court has consistently held that the trial judge must specify, in the written order or judgment, which conditions of probation or community control have been violated." (citing Bell v. State, 60 So. 3d 558 (Fla. 5th DCA 2011))).

Accordingly, we remand for entry of a proper adjudicatory order that lists the specific conditions of probation Appellant violated.

AFFIRMED; REMANDED for entry of a proper order.

COHEN, TRAVER and WOZNIAK, JJ., concur.